FILED
CLERK, U.S. DISTRICT COURT

MAY 31 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Yushan Lin DEFENDANT. | CASE NUMBER: CR 24-331-AB-4 DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, __Yushan Lin__, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __31st__ day of __May__, 20__24__
at __Los Angeles     CA__
*(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, __Dorothy L__, am fluent in written and spoken English and __mandarin__ languages. I accurately translated this form from English into __mandarin__ to declarant __Yushan Li__ on this date.

Date: __5.31.2024__

_____
*Interpreter*

CR-37 (05/15)     DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS