Stephen G. Frye (CSBN 196728)
LAW OFFICE OF STEPHEN G. FRYE
714 West Olympic Blvd., Suite 610
Los Angeles, California 90015
Telephone: (310) 990-8713
Facsimile: (626) 470-9656
Email: sgf@sgfryelaw.com

Attorney for YUSHAN LIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) **CR 24-331-AB** |
| Plaintiff. | ) **SUPPLEMENT TO SENTENCING POSITION MEMORANDUM OF DEFENDANT YUSHAN LIN** |
| vs. | ) |
| Yushan Lin, | ) Date: August 26, 2026 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Place: Hon. Andre Birotte |
| | ) Courtroom 7B<br>U.S. District Court<br>350 West First Street<br>Los Angeles, CA 90012 |

**SUPPLEMENT TO SENTENCING MEMORANDUM**

As a supplement to her Sentencing Memorandum, Defendant YUSHAN LIN hereby files the attached letter re sentencing.

Dated: August 24, 2026

Respectfully submitted,

LAW OFFICE OF STEPHEN G. FRYE

By:_________/s/_____________

Stephen G. Frye

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 714 West Olympic Blvd., Suite 610, Los Angeles, CA 90015.

On August 24, 2026, I served SUPPLEMENT TO SENTENCING POSITION MEMORANDUM OF DEFENDANT YUSHAN LIN by serving same on the attorney for the government and the United States Probation Office by email to:

USPO Elizabeth Lee
elizabeth_lee@cacp.uscourts.gov

**[x ] (FEDERAL)** I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on August 24, 2026, at Los Angeles, California.

| Stephen G. Frye | /s/ |
|---|---|
| PRINT NAME | SIGNATURE |

Dear Honorable Judge,

I am writing this letter with sincere humility and deep remorse as I approach my sentencing. I respectfully ask the Court to consider my personal circumstances, my responsibilities as a mother, my family's dependence on me, and the changes I have made in my life when determining my sentence.

First and most importantly, I want to acknowledge that I made a serious mistake. I understand that my conduct was wrong, and I take responsibility for my actions. I deeply regret the decisions I made and the consequences that have followed. I am not writing this letter to make excuses or to avoid responsibility. I am asking the Court to understand my circumstances and to consider whether I can be given the opportunity to demonstrate that I can live responsibly and lawfully in the community.

I am the mother of a ten-year-old child who depends heavily on me. My child has asthma, just as I do, and she has also experienced frightening circumstances within our family.

At one point, my husband was struggling with vitiligo and was going through a very difficult period in his life. When he finally became well enough to return to work, our family began to regain some stability. However, his father later began demanding money from our family. While my husband was away, his father assaulted me and threatened to kill members of our family one by one. My child witnessed what happened and was extremely frightened. We reported the incident to the police, and a protective order was issued to prevent him from coming near me. He later returned to China. I hoped that our family could finally have a peaceful and stable life. Unfortunately, my husband later suffered facial paralysis and was unable to work again. Once again, much of the financial responsibility for our family fell on me.

I continued working because I felt that I could not stop. My child depended on me, and my family depended on my income. My father in China has been recovering from cancer, my mother has had health problems for many years, and my mother-in-law is unable to work, drive, or speak English. I have always felt a strong responsibility to take care of the people around me.

My family also went through the painful experience of losing a pregnancy. I became pregnant again, but when the pregnancy was close to one month, I learned that there was no longer a heartbeat. Losing the pregnancy was extremely painful and caused me significant emotional distress. It was a very difficult experience that I continue to carry with me. It also made me realize even more deeply how precious my child is and how important it is for me to be present in her life.

All of these circumstances have made me reflect deeply on my life and my responsibilities. I understand that difficult circumstances do not give anyone the right to make wrong choices. I accept responsibility for my actions and sincerely regret the decisions I made.

This case has changed me. I have learned that decisions made in a difficult moment can have consequences that affect not only me, but also my child and the people who depend on me. I now appreciate my family, my freedom, my work, and the opportunity to live a lawful life much more deeply.

Thank you, Your Honor, for taking the time to read my letter and consider my circumstances.

Respectfully,

YUSHAN LIN