Stephen G. Frye (CSBN 196728)
LAW OFFICE OF STEPHEN G. FRYE
714 West Olympic Blvd., Suite 610
Los Angeles, California 90015
Telephone: (310) 990-8713
Facsimile: (626) 470-9656
Email: sgf@sgfryelaw.com

Attorney for YUSHAN LIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | **CR 24-331-AB** |
| Plaintiff. | **SECOND SUPPLEMENT TO SENTENCING POSITION MEMORANDUM OF DEFENDANT YUSHAN LIN** |
| vs. | |
| Yushan Lin, | Date: August 26, 2026 |
| | Time: 10:00 a.m. |
| Defendant. | Place: Hon. Andre Birotte |
| | Courtroom 7B<br>U.S. District Court<br>350 West First Street<br>Los Angeles, CA 90012 |

**SECOND SUPPLEMENT TO SENTENCING MEMORANDUM**

As a second supplement to her Sentencing Memorandum, Defendant YUSHAN LIN hereby files the attached character letter re sentencing.

Dated: August 25, 2026

Respectfully submitted,

LAW OFFICE OF STEPHEN G. FRYE

By:__________/s/______________

Stephen G. Frye

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 714 West Olympic Blvd., Suite 610, Los Angeles, CA 90015.

On August 25, 2026, I served SECOND SUPPLEMENT TO SENTENCING POSITION MEMORANDUM OF DEFENDANT YUSHAN LIN by serving same on the attorney for the government and the United States Probation Office by email to:

USPO Elizabeth Lee
elizabeth_lee@cacp.uscourts.gov

**[x ] (FEDERAL)** I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on August 25, 2026, at Los Angeles, California.

| Stephen G. Frye | /s/ |
|---|---|
| PRINT NAME | SIGNATURE |

August 24, 2026

To Honorable Judge Birotte,

**Re: Reference for Yushan Lin**

Dear Honorable Judge Birotte,

My name is Xiaoyue Gong and I am writing this letter to share what I know about Yushan Lin, whom I have known for the past ten years through her previous employment. I hope this letter can give the court a better picture of who she is as a person.

Over the years, Yushan has always struck me as a quiet and gentle person. She is soft-spoken, easy to get along with, and I have never seen her lose her cool, or get into any conflict with another person. She treats people with warmth, kindness and courtesy, and she is simply not the type of person to get involved in others' issues or gossip. It always struck me as a pleasure of having her as my friend, always showing great kindness to myself as well.

During her employment I have witnessed she is a quick learner, very prompt with tasks on hand, dependable and dedicated. Her supervisors have great praise and can always rely on her performance. I believe that is very important to employers.

Based on my knowledge, for a significant stretch of time, Yushan was the sole financial support for her household. I recall her describing a daily commute sometime can be nearly two hours each way through traffic, simply so she could keep working and keep her family afloat. She never complained about it.

She has a ten-year-old daughter whom she has raised with complete devotion. She has carried the responsibility for the household, the daily long commute, and the financial pressures of the

family without ever voicing resentment. It shows in her daughter, who is a well-mannered, thoughtful child, a reflection of the care Yushan has put into raising her.

Because her daughter is still young, Yushan is the only member of the household who can manage the family's day-to-day affairs here. Her family and especially her daughter genuinely depends on her, and her daughter in particular is very attached to her and relies on her.

Since this situation arose, I have seen a genuine and heavy sense of remorse. She has expressed real anxiety at the thought of her daughter, and it is clear this weighs on her constantly. I have also noticed the physical toll this guilt has taken on her emotions which has caused her mental and physical health including weight gain, developed a noticeable amount of gray hair, and visible signs of stress and declining health, all in a relatively short period of time.

Despite everything she is going through, she has continued to care for her daughter and her family wholeheartedly. Knowing her as I do, I believe she deeply regrets the current circumstance and uncertainty.

I am providing this letter simply to give the court an honest account of the person I have known for the past decade, and my witness on Yushan as a friend.

Respectfully,

Xiaoyue Gong

626-233-5258