UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING**

| | | | |
|---|---|---|---|
| Case No.: | 2:24-cr-00331-AB-4 | Date: | August 26, 2026 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: N/A

| Evelyn Chun | CourtSmart | Andrew M. Roach |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 4) Yushan Lin | √ | | √ | Stephen G Frye, CJA | √ | | √ |

**Proceedings: SENTENCING (Non-Evidentiary) (HELD AND COMPLETED)**

Refer to separate Judgment Order.

Defendant informed of right to appeal.

On the Government's motion, all remaining counts in the underlying Indictment, ordered dismissed.

Bond exonerated upon reporting to United States Probation and Pretrial Services Office. Pretrial Services shall return defendant's passport forthwith.

cc: USPPO

: 44

Initials of Deputy Clerk EVC